**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

Weirton Area Water Board, and City of
Weirton, West Virginia,

_____,

           **Plaintiff(s),**

    **v.**

Heritage Thermal Services, Inc., et al.,

_____,

           **Defendant(s)/
           Third-Party Plaintiff(s),**

    **v.**

_____,

           **Third-Party Defendant(s).**

**Civil Action No.** 5:25-cv-126

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
                                                     (type of party)

who is Messer LLC , makes the following disclosure:
            (name of party)

    1.     In the party or intervenor a non-governmental corporate party?

                  ☑ Yes             ☐ No

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Messer LLC's domestic parent corporations are Messer North America, Inc. and Messer Industries USA, Inc. All other parent entities are located outside of the United States.

3.   If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party or intervenor's stock or state that there is no such corporation:

There is no such company.

4.   In a case based on diversity jurisdiction, the following is a list of all members of

N/A                                          and its states of citizenship:

(name of corporation)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note:  If there are additional members, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: 8/18/2025

/s/ Niall A. Paul

Signature of Counsel for Party