**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **WEIRTON AREA WATER BOARD, et al.,**<br><br>     **Plaintiffs,**<br><br>     **v.**<br><br>**HERITAGE THERMAL SERVICES, INC.,**<br>**et al.,**<br><br>     **Defendants.** | **Case No. 5:25-CV-00126**<br><br>**Honorable John P. Bailey** |

## STIPULATION REGARDING RULE 26(A)(1) DISCLOSURES

Pursuant to the Court's First Order and Notice Regarding Discovery and Scheduling Conference [Doc. 172], the deadline for the parties to make their Rule 26(a)(1) Initial Disclosures is currently set for January 30, 2026. Pursuant to Local Rule of Civil Procedure 16.02(f)(2), the parties stipulate that the deadline for filing Rule 26(a)(1) Initial Disclosures is extended to March 31, 2026. This extension affects no other deadlines set by the Court.

*Prepared by:*

*/s/ Clifford F. Kinney, Jr.*
Niall A. Paul (WVSB #5622)
Clifford F. Kinney, Jr. (WVSB #6220)
SPILMAN THOMAS BATTLE, PLLC
P.O. Box 273
Charleston WV 25321-0273
(304) 340-3800 / (304) 340-3801 (fax)
npaul@spilmanlaw.com
ckinney@spilmanlaw.com

Jonathan A. Deasy (WVSB #13802)
SPILMAN THOMAS BATTLE, PLLC
One Oxford Center, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
(412) 325-3301 / (412) 325-3324 (fax)
jdeasy@spilmanlaw.com
*Attorneys for Defendant Messer LLC*

*Agreed to by:*

*/s/ Clayton J. Fitzsimmons*
Clayton J. Fitzsimmons, Esq. (WVSB #10823)
Mark A. Colantonio, Esq. (WVSB #4238)
Robert P. Fitzsimmons, Esq. (WVSB #1212)
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, WV 26003
(304) 277-1700
clayton@fitzsimmons firm.com
mark@fitzsimmonsfirm.com
bob@fitzsimmonsfirm.com

James L. Simpson, Esq.
*(Pro Hac Vice)*
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
JSimpson@napolilaw.com

Paul J. Napoli, Esq.
*(Pro Hac Vice)*
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com

Daniel J. Guida, Esq. (WVSB #4604)
GUIDA LAW OFFICES, PLLC
3374 Main Street
Weirton, WV 26062
(304) 748-1213
Guidalaw@comcast.net
**Attorneys for Plaintiffs**

2

*/s/ Jeffrey A. Holmstrand*
Jeffrey A. Holmstrand (WVSB #4893)
Jeffrey A. Grove (WVSB #6065)
GROVE HOLMSTRAND & DELK, PLLC
44½ Fifteenth Street
Wheeling, WV 26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com

Jeffrey J. Huelskamp (admitted *pro hac vice*)
J. Henry Blattner (admitted *pro hac vice*)
WINSTON & STRAWN LLP
300 N. LaSalle, Suite 4400
Chicago, IL 60654
(302) 558-5600
JHuelskamp@winston.com
HBlattner@winston.com
**Attorneys for Defendant Illinois Tool Works Inc.**

*/s/ Charlotte H. Norris*
Robert H. Sweeney, Jr., Esq. (WVSB #5831)
Charlotte H. Norris, Esq. (WVSB #5473)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, West Virginia 25726-2688
(304) 523-2100 / (304) 523-2347 (Fax)
rhs@jenkinsfenstermaker.com
chn@jenkinsfenstermaker.com

Maren Norton, Esq. (admitted *pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 386-7607 (direct)
maren.norton@stoel.com

Laura Kerr, Esq. (admitted *pro hac vice*)
STOEL RIVES LLP
760 SW 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9176 (direct)
laura.kerr@stoel.com
**Attorneys for Defendant Titanium Metals Corporation**

3

*/s/ Spencer Gottlieb*
Brandon M. White (WVSB #14021)
PERKINS COIE LLP
41 Falling Water Lane
Morgantown, WV 26508
(202) 654-6206 / (202) 654-6211 (fax)
BWhite@perkinscoie.com

Christopher B. Wilson (*pro hac vice*)
Spencer Gottlieb (*pro hac vice*)
PERKINS COIE LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
(314) 324-8400 / (312) 324-9400 (fax)
CWilson@perkinscoie.com
SGottlieb@perkinscoie.com

LeAnn Johnson Koch (*pro hac vice*)
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, DC 20005
(202) 654-6209 / (202) 654-6211 (fax)
LeAnnJohnson@perkinscoie.com
**Attorneys for Defendant Ergon-West Virginia, Inc.**

*/s/ M. David Griffith, Jr.*
Andrew B. Cooke (WVSB #6564)
M. David Griffith, Jr. (WVSB #7720)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
(304) 414-1800 / (304) 414-1801 (fax)
acooke@tcspllc.com
dgriffith@tcspllc.com
**Attorneys for Defendant Ball Corporation**

*/s/ Patrick S. Casey*
Patrick S. Casey (WVSB #668)
Ryan P. Orth (WVSB #13029)
CASEY & CHAPMAN, PLLC
1140 Chapline Street
Wheeling, WV 26003
pscasey@cclawpllc.com
rporth@cclawpllc.com
**Attorneys for Sonoco Products Company**

4

*/s/ Amy S. Berg*

Marc E. Williams (WVSB 4062)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
(304) 526 3501
marc.williams@nelsonmullins.com

Brent W. Huber (admitted *pro hac vice*)
Amy S. Berg (admitted *pro hac vice*)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2300
brent.huber@icemiller.com
amy.berg@icemiller.com
***Attorneys for Defendant Chrome Deposit Corporation***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WEIRTON AREA WATER BOARD, et al.,**

**Plaintiffs,**

**v.**

**HERITAGE THERMAL SERVICES, INC.,**
**et al.,**

**Defendants.**

**Case No. 5:25-CV-00126**

**Honorable John P. Bailey**

**CERTIFICATE OF SERVICE**

I, Clifford F. Kinney, Jr., hereby certify that on January 16, 2026, I electronically filed the foregoing **"Stipulation Regarding Rule 26(a)(1) Disclosures"** via the Court's CM/ECF electronic filing system, which will send notification to all e-filing participants in this action.

*/s/ Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr. (WVSB #6220)

6