IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**WEIRTON AREA WATER BOARD** and
**CITY OF WEIRTON, WEST VIRGINIA,**

        Plaintiffs,

v.

        **CIVIL ACTION NO. 5:25-CV-126**
        Judge Bailey

**TITANIUM METALS CORPORATION,** *et al.,*

        Defendants.

## ORDER

Per this Court's previous Order, plaintiffs were provided until March 12, 2026, to amend their Complaint following the dismissal of various defendants from this matter. [Doc. 207 at 21]. As of today, plaintiffs have not amended the Complaint.

Therefore, for reasons appearing to this Court, the remaining parties are **DIRECTED** to confer and to submit a new Rule 26(f) Report within **fourteen (14) days.**[1]

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 18, 2026.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

---

[1]The parties who have appeared in this action previously stipulated to extend the deadline for their initial disclosures until March 31, 2026. [Doc. 195]. This extension is unaffected by this Order.

1