IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| WEIRTON AREA WATER BOARD and<br>CITY OF WEIRTON, WEST VIRGINIA, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| -*vs* - | ) | Civil Action No. 5:25-cv-126 |
| | ) | |
| HERITAGE THERMAL SERVICES, INC.; | ) | Judge: Hon. John Preston Bailey |
| HERITAGE TRANSPORT LLC; PRECESION | ) | |
| FINNING & BENDING, INC.; ILLINOIS TOOL | ) | |
| WORKS INC.; TRIVIUM PACKAGING USA | ) | |
| INC.; NEWCHEM, LLC; DELTECH RESIN LLC; | ) | |
| TITANIUM METALS CORPORATION; ERGON- | ) | |
| WEST VIRGINIA, INC.; BALL CORPORATION; | ) | |
| SONOCO PRODUCTS COMPANY; ARDAGH | ) | |
| METAL PACKAGING USA CORP.; CHROME | ) | |
| DEPOSIT CORPORATION; WALLOVER OIL | ) | |
| COMPANY INCORPORATED; MESSER LLC; | ) | |
| TRANSMONTAIGNE TERMINALING INC.; FX | ) | |
| MINERALS PROCESSING, INC.; MARATHON | ) | |
| PETROLEUM CORPORATION; MARATHON | ) | |
| PETROLEUM COMPANY LP; KENTAK | ) | |
| PRODUCTS COMPANY; SEAFORTH MINERAL | ) | |
| & ORE COMPANY, INC.; DACAR INDUSTRIES, | ) | |
| INC.; PYRAMID OIL FIELD SERVICES LLC; | ) | |
| and MATEC INDUSTRIES, INC. | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' NOTICE OF PARTIAL
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

**PLEASE TAKE NOTICE** that Plaintiffs Weirton Area Water Board and City of Weirton,

West Virginia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily

dismiss *without prejudice* all claims asserted against Defendants Trivium Packaging USA Inc.;

NEWCHEM, LLC; Deltech Resin LLC; Ardagh Metal packaging USA Corporation; and FX Minerals Processing, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**
   (1) *By the Plaintiff.*
      (A) *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
         (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

********************

Here, Defendants Trivium Packaging USA Inc.; NEWCHEM, LLC; Deltech Resin LLC; Ardagh Metal packaging USA Corporation; and FX Minerals Processing, Inc. have neither answered Plaintiffs' operative Complaint, nor filed a motion for summary judgment. Accordingly, Plaintiffs' claims against these five Defendants may be dismissed without prejudice and without an Order of the Court.

**Dated**: March 30, 2026

Respectfully submitted,

**WEIRTON AREA WATER BOARD AND THE CITY OF WEIRTON, WEST VIRGINIA,** *Plaintiffs*

*/s/ Mark A. Colantonio*
Clayton J. Fitzsimmons, Esq. (WV Bar #10823)
Mark A. Colantonio, Esq. (WV Bar #4238)
Robert P. Fitzsimmons, Esq. (WV Bar #1212)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email:bob@fitzsimmonsfirm.com

2

James L. Simpson, Esq.
*(Pro Hac Vice)*
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
JSimpson@napolilaw.com

Paul J. Napoli, Esq.
*(Pro Hac Vice)*
**NS PR LAW SERVICES LLC**
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com

Daniel J. Guida, Esq. (WV Bar #4604)
**GUIDA LAW OFFICES, PLLC**
3374  Main Street
Weirton, WV 26062
(304) 748-1213
Guidalaw@comcast.net
***Counsel for Plaintiffs***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of March, 2026, I electronically filed the foregoing

*PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

*PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)* with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark A. Colantonio*

Clayton J. Fitzsimmons, Esq. (WV Bar #10823)
Mark A. Colantonio, Esq. (WV Bar #4238)
Robert P. Fitzsimmons, Esq. (WV Bar #1212)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email:bob@fitzsimmonsfirm.com

***Counsel for Plaintiffs***

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **WEIRTON AREA WATER BOARD and CITY OF WEIRTON, WEST VIRGINIA,** ) ) ) | |
| *Plaintiffs,* ) ) | |
| *-vs -* ) ) | Civil Action No. 5:25-cv-126 |
| **HERITAGE THERMAL SERVICES, INC.; HERITAGE TRANSPORT LLC; PRECESION FINNING & BENDING, INC.; ILLINOIS TOOL WORKS INC.; TRIVIUM PACKAGING USA INC.; NEWCHEM, LLC; DELTECH RESIN LLC; TITANIUM METALS CORPORATION; ERGON-WEST VIRGINIA, INC.; BALL CORPORATION; SONOCO PRODUCTS COMPANY; ARDAGH METAL PACKAGING USA CORP.; CHROME DEPOSIT CORPORATION; WALLOVER OIL COMPANY INCORPORATED; MESSER LLC; TRANSMONTAIGNE TERMINALING INC.; FX MINERALS PROCESSING, INC.; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; KENTAK PRODUCTS COMPANY; SEAFORTH MINERAL & ORE COMPANY, INC.; DACAR INDUSTRIES, INC.; PYRAMID OIL FIELD SERVICES LLC; and MATEC INDUSTRIES, INC.** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge: Hon. John Preston Bailey |
| *Defendants.* ) ) | |

## [PROPOSED] ORDER

On March 30, 2026, that Plaintiffs Weirton Area Water Board and City of Weirton, West Virginia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismissed *without prejudice* all claims asserted against Defendants Trivium Packaging USA Inc.; NEWCHEM, LLC; Deltech Resin LLC; Ardagh Metal packaging USA Corporation; and FX Minerals Processing, Inc. (ECF No. _____).

5

Because these defendants have neither answered Plaintiffs' Complaint or filed a motion for summary judgment, it is hereby **ORDERED** that Defendants Trivium Packaging USA Inc.; NEWCHEM, LLC; Deltech Resin LLC; Ardagh Metal packaging USA Corporation; and FX Minerals Processing, Inc. are **DISMISSED WITHOUT PREJUDICE** from this civil action.

The Clerk of Court shall provide a copy of this Order to all counsel of record via electronic means and to unrepresented defendants by certified mail.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**Dated**: _____

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

*Prepared By:*
*Mark A. Colantonio, Esq. (WV Bar #4238)*
*FITZSIMMONS LAW FIRM PLLC*
*1609 Warwood Avenue*
*Wheeling, WV 26003*
*Telephone: (304) 277-1700*