## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**WEIRTON AREA WATER BOARD** and
**CITY OF WEIRTON, WEST VIRGINIA,**

      Plaintiffs,

v.                                                          **CIVIL ACTION NO. 5:25-CV-126**
                                                     Judge Bailey

**TRIVIUM PACKAGING USA INC.,**
**NEWCHEM, LLC,**
**DELTECH RESIN LLC,**
**ARDAGH METAL PACKAGING USA CORP.,**
and **FX MINERALS PROCESSING, INC.,**

      Defendants.


### ORDER

Pending before this Court is Plaintiffs' Notice of Partial Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1). [Doc. 212].  Therein, plaintiffs provide notice of the dismissal, without prejudice, of their claims against the remaining five (5) defendants because these defendants "have neither answered Plaintiffs' operative Complaint, nor filed a motion for summary judgment," and therefore can be dismissed without leave of this Court.  [Doc. 212 at 2].

Because all defendants have now been dismissed, this case may now be dismissed in its entirety.  Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to **STRIKE** this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to all counsel of record.

1

**DATED**: March **30**, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE